**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-10756** |
| **Lisa Green-Harvey** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | **Related Document #** |
| | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National

Association, its successor and assigns ("Creditor") in the above referenced case. Please send all

notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
Contact email is amps@manleydeas.com

22-008299_KJB

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-10756** |
| **Lisa Green-Harvey** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| | : | **Related Document #** |
| | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and
Request for Notices was filed electronically.  Notice of this filing will be sent to the following
parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Georgette Miller, Attorney for Lisa Green-Harvey, bky@margolisedelstein.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.
Mail to the following:

Lisa Green-Harvey, 1219 68th Avenue, Philadelphia, PA  19126


/s/ Alyk L. Oflazian

22-008299_KJB