L.B.F. 3015-6A

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lisa Green-Harvey　　　　　　　　　：　Chapter 13
　　　　　　　　　　　　　　　　　　　　　：
　　　　　Debtor(s)　　　　　　　　　　　：　Bky. No. 22-10756

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

　　　　I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

　　　　　　　　　　　*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　[name]
　　　　　　　　　　　　　　　　　Attorney for Debtor(s)

**Date:**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　[name]
　　　　　　　　　　　　　　　　　Debtor

**Date:**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　[name]
　　　　　　　　　　　　　　　　　Debtor