# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                           Chapter 13

LISA GREEN-HARVEY                     Bankruptcy No. 22-10756-AMC

1219 68TH AVENUE

PHILADELPHIA, PA 19126

         Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LISA GREEN-HARVEY

    1219 68TH AVENUE

    PHILADELPHIA, PA 19126

**Counsel for debtor(s), by electronic notice only.**
    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 8/9/2022                                                              /s/ Kenneth E. West

                                                                     _____
                                                                     Kenneth E. West, Esquire
                                                                     Chapter 13 Standing Trustee