United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-10756-amc
Lisa Green-Harvey     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Sep 08, 2022     Form ID: 152     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Green-Harvey, 1219 68th Avenue, Philadelphia, PA 19126-2829 |
| 14679400 | + | City of Philadelphia Water Revenue Board, Lockbox # 8342, P.O Box 8500, Philadelphia, PA 19178-8500 |
| 14679405 | + | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14683968 | + | PNC Bank, National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14683920 | + | PNC Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14685993 | + | PNC Bank, National Association, c/o ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |
| 14696159 | + | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd, Dallas, TX 75019-6156 |
| 14681176 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14679407 | | US attorney's office - eastern district, 615 Chestnut Street, 12 floor, Philadelphia, PA 19106 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 08 2022 23:57:00 | U.S. Bank Trust National Association, not in its i, 10700 Abbotts Bridge rd Suite 170, Duluth, Ga 30097-8461 |
| 14681094 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 00:03:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14679399 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2022 23:57:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14692386 | | Email/Text: megan.harper@phila.gov | Sep 08 2022 23:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14680166 | + | Email/Text: bankruptcy@cavps.com | Sep 08 2022 23:58:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14679401 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 08 2022 23:57:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14679403 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2022 23:58:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14679404 | ^ | MEBN | Sep 08 2022 23:53:28 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 08, 2022 | Form ID: 152 | Total Noticed: 23

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| 14684049 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 08 2022 23:57:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14685757 | | Email/Text: amps@manleydeas.com | Sep 08 2022 23:57:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14683920 | ^ | MEBN | Sep 08 2022 23:53:32 | PNC Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14679406 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2022 00:03:02 | Syncb/hdhi, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14681985 | + | Email/Text: RASEBN@raslg.com | Sep 08 2022 23:57:00 | U. S. Bank National Association, c/o CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14681701 | | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Su |
| 14679402 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14685758 | * | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:

**Name** | **Email Address**

ALYK L OFLAZIAN
    on behalf of Creditor PNC Bank  National Association amps@manleydeas.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Aacquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

GEORGETTE MILLER
    on behalf of Debtor Lisa Green-Harvey Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com;bky@dilworthlaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 08, 2022 | Form ID: 152 | Total Noticed: 23 |

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Lisa Green−Harvey
    Debtor(s)

Case No: 22−10756−amc
Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/11/22 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

32 − 27
Form 152