# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 22-10756-AMC

LISA GREEN-HARVEY

1219 68TH AVENUE

PHILADELPHIA, PA 19126

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LISA GREEN-HARVEY

    1219 68TH AVENUE

    PHILADELPHIA, PA 19126

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    DILWORTH PAXSON LLP
    1500 MARKET ST., STE 3500 E.
    PHILADELPHIA, PA 19102-

Date: 10/11/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee