# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 22-10756 |
| Lisa Green-Harvey | Chapter 13 |
| | Judge Ashely M. Chan |
| Debtor(s) | * * * * * * * * * * * * * * * * * |
| | |
| PNC Bank, National Association | Related Document # 5 |
| Movant, | |
| vs | |
| Lisa Green-Harvey | |
| Kenneth E. West, Trustee | |
| Respondents. | |

## PRAECIPE OF WITHDRAWAL OF PROOF OF CLAIM
### (CLAIM NO. 5)

Now comes PNC Bank, National Association ("Creditor") by and through counsel, and hereby withdraws its Proof of Claim which was filed in this Court on April 14, 2022 as Claim Number 5.

Respectfully submitted,

/s/ Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

22-008299_JMK

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 22-10756** |
| **Lisa Green-Harvey** | **Chapter 13** |
| | **Judge Ashely M. Chan** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * |
| | |
| **PNC Bank, National Association** | **Related Document # 5** |
| **Movant,** | |
| vs | |
| **Lisa Green-Harvey** | |
| **Kenneth E. West, Trustee** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Proof of Claim No. 5 was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Georgette Miller, Attorney for Lisa Green-Harvey, bky@dilworthlaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Lisa Green-Harvey, 1219 68th Avenue, Philadelphia, PA  19126

/s/ Alyk L. Oflazian

22-008299_JMK