**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   LISA GREEN-HARVEY,          :          CHAPTER 13

                                                    :          CASE NO.: 22-10756-amc

      Debtor,          :

**MOTION FOR PERMISSION TO APPROVE A LOAN MODIFICATION**

Debtor, Lisa Green-Harvey, files the forgoing Motion for Permission to Approve a Loan Modification, and avers as follows:

1. Debtor filed his case on March 28, 2022.

2. The debtor owns property at 1219 W. 68th Avenue, Philadelphia, PA 19126. Selene Finance maintains a mortgage against the subject property.

3. The debtor has been approved for a loan modification. However, the lender requires court permission.

4. The loan modification is in the best interest of the debtor, as the arrears will be capitalized. A copy of the loan modification is attached hereto as Exhibit "A".

5. The plan and schedules were modified to reflect the modification.

6. Based on the above, debtor requests permission.

WHEREFORE, Debtor requests that the attached order be granted.

October 25, 2022                                                          Respectfully Submitted,

                                                                            /s/ Michelle Lee
                                                                       Michelle Lee, Esquire
                                                                       Dilworth Paxton LLP
                                                                       1500 Market Street
                                                                            Suite 3500E
                                                                Philadelphia, PA 19102

**IN THE UNITED STATES BANKRUPTCY COURT**