**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  LISA GREEN-HARVEY,            :         CHAPTER 13

                                                          :         CASE NO.: 22-10756-amc

    Debtor,                                        :

## NOTICE FOR DEBTOR'S MOTION FOR PERMISSION TO APPROVE A LOAN MODIFICATION

    Debtor Lisa Green-Harvey has filed a Motion for Permission to Approve a Loan Modification with this Court. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you want the Court to consider your views on the Motion, then on or before 11/22/22, you or your attorney must:

    File with the court a written response at:

> U.S. Bankruptcy Court
> 900 Market Street
> Philadelphia, PA  19107
> Attn: Bankruptcy Clerk

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must mail a copy to:

> Michelle Lee, Esquire
> Dilworth Paxton LLP
> 1500 Market Street, Suite 3500E
> Philadelphia, PA 19102

    You or your attorney must attend the hearing scheduled to be held on **11/29/22 at 11:00AM, VIA TELEPHONE CONFERENCE.** If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: October 25, 2022                                                    Respectfully Submitted,

                                                                             /s/ Michelle Lee
                                                                             Michelle Lee, Esquire
                                                                              Dilworth Paxton LLP
                                                                              1500 Market Street
                                                                                    Suite 3500E
                                                                            Philadelphia, PA 19102