**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  LISA GREEN-HARVEY,** | **:** | **CHAPTER 13** |
| | **:** | **CASE NO.: 22-10756-amc** |
| **Debtor,** | **:** | |

# ORDER

**AND NOW,** upon consideration of the Debtor's for Permission to Approve a Loan

Modification, and after notice and hearing, and there being no objection thereto, it is hereby

**ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in

    the Motion.

Dated:_____          _____

**ASHELY M. CHAN,**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**