FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   LISA GREEN-HARVEY, | : | CHAPTER 13 |
| | : | CASE NO.: 22-10756-amc |
| Debtor, | : | |

## Certificate of Service

Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Motion for Permission to Approve a Loan Modification and Notice thereof upon the following individuals listed below, by electronic means, email and/or first-class mail on 10/25/2022.

Kenneth E. West, Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

Charles Wohlrab
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097

Lisa Green-Harvey
1219 68th Avenue
Philadelphia, PA 19126

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

Respectfully Submitted,
/s/ Michelle Lee
Michelle Lee, Esquire
Dilworth Paxton LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

IN THE UNITED STATES BANKRUPTCY COURT