THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  LISA GREEN-HARVEY, | : | CHAPTER 13 |
| | : | CASE NO.: 22-10756-amc |
| Debtor, | : | |

# ORDER

**AND NOW,** upon consideration of the Debtor's for Permission to Approve a Loan Modification, and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion.

**Date: November 30, 2022**                                        _____

ASHELY M. CHAN,
U.S. BANKRUPTCY JUDGE