**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: LISA GREEN-HARVEY, | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | CASE NO: 22-10756-AMC |

### NOTICE OF OBJECTION TO PROOF OF CLAIM NO. 2

Debtor Lisa Green-Harvey has filed an Objection with this Court. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

You or your attorney must attend the hearing scheduled to be held on **01/17/2022 11:00AM, via Telephonic Hearing.** If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  12/13/22                                                                                      Respectfully Submitted,

/s/ Michelle Lee
Michelle Lee, Esquire
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102