United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 22-10756-amc
Lisa Green-Harvey | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 10, 2023 | Form ID: 152 | Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Green-Harvey, 1219 68th Avenue, Philadelphia, PA 19126-2829 |
| 14679400 | + | City of Philadelphia Water Revenue Board, Lockbox # 8342, P.O Box 8500, Philadelphia, PA 19178-8500 |
| 14679405 | + | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14683968 | + | PNC Bank, National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14685757 | | PNC Bank, National Association, c/o Alyk L. Oflazian, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14685993 | + | PNC Bank, National Association, c/o ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |
| 14696159 | + | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd, Dallas, TX 75019-6156 |
| 14681176 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14679407 | | US attorney's office - eastern district, 615 Chestnut Street, 12 floor, Philadelphia, PA 19106 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 11 2023 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 11 2023 00:22:00 | U.S. Bank Trust National Association, not in its i, 10700 Abbotts Bridge rd Suite 170, Duluth, Ga 30097-8461 |
| 14681094 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:33:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14679399 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 11 2023 00:22:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14692386 | | Email/Text: megan.harper@phila.gov | Jan 11 2023 00:22:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14680166 | + | Email/Text: bankruptcy@cavps.com | Jan 11 2023 00:22:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14679401 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 11 2023 00:22:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14679403 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 11 2023 00:22:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14679404 | ^ | MEBN | Jan 11 2023 00:15:35 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |

Case 22-10756-amc    Doc 62    Filed 01/12/23    Entered 01/13/23 00:37:37    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 152 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14684049 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 11 2023 00:22:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14685758 | | Email/Text: amps@manleydeas.com | Jan 11 2023 00:22:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14683920 | ^ | MEBN | Jan 11 2023 00:15:44 | PNC Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14679406 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:34:05 | Syncb/hdhi, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14681985 | + | Email/Text: RASEBN@raslg.com | Jan 11 2023 00:22:00 | U. S. Bank National Association, c/o CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14681701 | | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Su |
| 14679402 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14745526 | * | PNC Bank, National Association, c/o Alyk L. Oflazian, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14745527 | * | PNC Bank, National Association, c/o Alyk L. Oflazian, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor PNC Bank National Association amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Aacquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| GEORGETTE MILLER | on behalf of Debtor Lisa Green-Harvey bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 152 | Total Noticed: 24 |

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lisa Green−Harvey
    Debtor(s)

Case No: 22−10756−amc

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 3/28/23 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

61 − 9
Form 152