**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  LISA GREEN-HARVEY, | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | CASE NO: 22-10756-AMC |

**O R D E R**

**AND NOW, this _____ day of _____2023,** upon consideration of the Debtor's Objection to Proof of Claim No. 2, and after notice and hearing, that the Objection to Proof of Claim shall be sustained and the claim is hereby disallowed in its entirety.

**Date: January 17, 2023**

_____
**Honorable Judge Ashely M. Chan**