United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lisa Green-Harvey  
    Debtor

Case No. 22-10756-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 3  
Date Rcvd: May 03, 2023        Form ID: 155        Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Green-Harvey, 1219 68th Avenue, Philadelphia, PA 19126-2829 |
| 14679400 | + | City of Philadelphia Water Revenue Board, Lockbox # 8342, P.O Box 8500, Philadelphia, PA 19178-8500 |
| 14679405 | + | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14683968 | + | PNC Bank, National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14685757 | | PNC Bank, National Association, c/o Alyk L. Oflazian, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14685993 | + | PNC Bank, National Association, c/o ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |
| 14696159 | + | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd, Dallas, TX 75019-6156 |
| 14681176 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |
| 14679407 | | US attorney's office - eastern district, 615 Chestnut Street, 12 floor, Philadelphia, PA 19106 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14681094 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2023 23:53:25 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14679399 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 03 2023 23:44:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14692386 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14680166 | + | Email/Text: bankruptcy@cavps.com | May 03 2023 23:45:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14679401 | + | Email/Text: ebnnotifications@creditacceptance.com | May 03 2023 23:44:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 14679403 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2023 23:45:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14679404 | ^ | MEBN | May 03 2023 23:40:47 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 14679405 | ^ | MEBN | May 03 2023 23:41:01 | PGW, 800 W. Montgomery Ave, Philadelphia, PA 19122-2806 |
| 14684049 | | Email/Text: Bankruptcy.Notices@pnc.com | May 03 2023 23:44:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14685758 | | Email/Text: amps@manleydeas.com | May 03 2023 23:44:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14683920 | ^ | MEBN | May 03 2023 23:40:50 | PNC Bank, National Association, C/O KML Law |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14679406 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2023 23:52:50 | Syncb/hdhi, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14681985 | + | Email/Text: RASEBN@raslg.com | May 03 2023 23:44:00 | U. S. Bank National Association, c/o CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14681701 | | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Su |
| 14679402 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14745526 | * | PNC Bank, National Association, c/o Alyk L. Oflazian, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14745527 | * | PNC Bank, National Association, c/o Alyk L. Oflazian, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor PNC Bank  National Association amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Aacquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| GEORGETTE MILLER | on behalf of Debtor Lisa Green-Harvey bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: May 03, 2023     Form ID: 155     Total Noticed: 21
TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lisa Green−Harvey
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−10756−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this May 2, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Ashely M. Chan
                                              Judge ,
                                              United States Bankruptcy Court

                                                                          76 − 69
                                                                         Form 155