**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Lisa Green-Harvey | : | Case No.: 22-10756 |
| | : | **Chapter 13** |
| Debtor(s). | : | Judge Ashely M. Chan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **PNC Bank, National Association** ("Creditor"). Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Alyk L. Oflazian
Alyk L. Oflazian (312912)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
ALOflazian@mdklegal.com

/s/ Stephen R. Franks
Stephen R. Franks (333394)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
srfranks@mdklegal.com

22-038438_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 22-10756 |
| **Lisa Green-Harvey** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **PNC Bank, National Association** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Lisa Green-Harvey** | : |
| **Kenneth E. West** | : |
| **Respondents.** | : |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Georgette Miller, Attorney for Lisa Green-Harvey, bky@dilworthlaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Lisa Green-Harvey, 1219 68th Avenue, Philadelphia, PA  19126

/s/ Stephen R. Franks

22-038438_PS