**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Chapter 13 |
|     LISA GREEN-HARVEY | |
| | No. 22-10756-AMC |
|               Debtor | |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF**
**NONCOMPLIANCE WITH LOCAL RULE 2016-3**
**FOR FAILURE TO TIMELY FILE A FEE APPLICATION**

Kenneth E. West, Esquire, Standing Chapter 13 Trustee, certifies that Debtor's counsel has failed to file a Fee Application in accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2).

In accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2), the Trustee requests that this Court issue a 28 day Order to Show Cause why the requested fee should not be adjusted pursuant to Local Rules 2016-3(a)(4)(A)(B) and/or Local Rule 2016-3(b)(2)(A)(B).

Date: <u>July 14, 2026</u>              Respectfully submitted,

                                        */s/ Kenneth E. West, Esquire*
                                        Kenneth E. West, Esquire
                                        Standing Chapter 13 Trustee